956

No. 97–8120. DOUGAN v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–8127. RICHARD v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 97–8291. GRIFFIN v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 97–8361. DIXON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 97–8382. TENNARD v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 97–8427. LOVE v. TIPPY, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 97–8470. MANN v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 97–8528. WOODRUFF v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–8536. SALAS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–8539. O'RILEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–8580. NELSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–8778. MUNOZ v. CITY OF MARTINEZ ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–8794. JO-ANN G. v. CRANSTON SCHOOL COMMITTEE ET AL. C. A. 1st Cir. Certiorari denied.

No. 97–8803. HAMILTON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–8809. MADRID v. MARSHALL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.